UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOSEPH HAMILTON,

    Plaintiff,

    v.

DURHAM SCHOOL SERVICES, LP,
NATIONAL EXPRESS LLC, and
HIRERIGHT HOLDINGS CORPORATION
d/b/a HIRERIGHT, LLC, jointly and severally,

    Defendant.

Case Nos.:  23-cv-12162
              24-cv-10709

Hon. Sean F. Cox

_____/

| | |
|---|---|
| Jennifer L. Lord (P46912)<br>jlord@pittlawpc.com<br>Robin B. Wagner (P79408)<br>rwagner@pittlawpc.com<br>PITT MCGEHEE PALMER<br>BONANNI & RIVERS, P.C.<br>117 West 4th Street, Suite 200<br>Royal Oak, Michigan 48067<br>Telephone:  248-398-9800<br>*Attorneys for Plaintiff Hamilton* | Marlo Johnson Roebuck (P65640)<br>marlo.roebuck@jacksonlewis.com<br>Elyse K. Culberson (P82132)<br>elyse.culberson@jacksonlewis.com<br>JACKSON LEWIS, P.C.<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075<br>Telephone: (248) 936-1900<br>*Attorneys for Defendants Durham School Services, LP and National Express LLC*<br><br>Gary C. Ankers (P41599)<br>gankers@littler.com<br>Neil B. Pioch (P67677)<br>npioch@littler.com<br>LITTLER MENDELSON, P.C.<br>500 Woodward Avenue, Suite 2600<br>Detroit, Michigan 48226<br>Telephone:  313.446.640<br>*Attorneys for Defendant HireRight* |

_____/

**STIPULATED ORDER TO CONSOLIDATE CASES**

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise advised in the premises,

IT IS HEREBY ORDERED that Case Nos. 23-cv-12162 and 24-cv-10709 are consolidated for all purposes, and that this matter shall continue under Case No. 23-cv-12162, and that Case No. 24-cv-10709 shall be administratively closed;

IT IS FURTHER ORDERED that the following Case Management Order dates shall now be in effect:

| | |
|---|---|
| Witness Lists Filed By | February 10, 2025 |
| Discovery Motion Filing Cutoff | February 28, 2025 |
| Discovery Cutoff | March 14, 2025 |
| In-Person Status Conference To Discuss Facilitation | Tue., March 18, 2025, at 2:00 p.m. |
| Dispositive Motion Filing Cutoff | April 15, 2025 |
| Joint Final Pretrial Order Due | August 12, 2025 |
| In-Person Final Pretrial Conference | Mon., August 19, 2025, at 2:00 p.m. |
| Trial | September/October 2025 Trial Docket |

IT IS SO ORDERED.

Dated: August 30, 2024

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

Parties to the undersigned counsel stipulate to entry of the above order:

<u>*/s/Jennifer L. Lord (with consent)*</u>
Jennifer L. Lord (P46912)
PITT MCGEHEE PALMER
BONANNI & RIVERS, P.C.
*Attorneys for Plaintiff Hamilton*

<u>*/s/Marlo Johnson Roebuck (w/consent)*</u>
Marlo Johnson Roebuck (P65640)
JACKSON LEWIS, P.C.
*Attorneys for Defendants Durham School Services, LP and National Express LLC*

<u>*/s/Neil B. Pioch*</u>
Neil B. Pioch (P67677)
npioch@littler.com
LITTLER MENDELSON, P.C.

*Attorneys for Defendant HireRight*

DATED: August 21, 2024